UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RODRIGO GERARD MARATUECH
ARENAS,

       Petitioner,

   v.                         Case No.:  2:26-cv-00617-SPC-DNF

KRISTI NOEM *et al.*,

       Respondents,

**OPINION AND ORDER**

Before the Court is Respondents Matthew Mordant and Kevin Guthrie's Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 8). Mordant is the warden of Florida Soft-Side South Detention Facility (also known as "Alligator Alcatraz"), and Guthrie is the Executive Director of the Florida Division of Emergency Management. Petitioner Rodrigo Gerard Maratuech Arenas filed this habeas action to challenge the lawfulness of his detention in Alligator Alcatraz.

Mordant and Guthrie argue they are not proper respondents to the habeas petition because Immigration and Customs Enforcement and the federal government ultimately control who is detained at Alligator Alcatraz. In response, Maratuech Arenas argues Mordant is a proper respondent as the individual exercising day-to-day physical custody over him. The Court agrees.

As the Supreme Court recognized, "The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2244). While courts have recognized that immigration detainees can bring habeas claims against certain federal officials, *see*, *e.g.*, *Masingene v. Martin*, 424 F. Supp. 3d 1298, 1301 (S.D. Fla. 2020), the immediate custodian is also a proper respondent.

Mordant is not entitled to dismissal. On the other hand, Guthrie is not Maratuech Arenas's immediate custodian, and Maratuech Arenas does not oppose his request for dismissal. Accordingly, the motion to dismiss (Doc. 8) is **granted in part and denied in part**. Maratuech Arenas's claim against Guthrie is **dismissed**.

**DONE AND ORDERED** in Fort Myers, Florida on March 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record

2